IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>DAISY FLORES,<br><br>     Defendant. | 8:22CR25<br><br>**ORDER** |

  This matter is before the court on Defendant's MOTION TO ENLARGE TIME TO FILE PRETRIAL MOTIONS [47]. For good cause shown, I find that the motion should be granted. Defendant will be given an approximate 50-day extension. Pretrial Motions shall be filed by June 17, 2022.

  **IT IS ORDERED:**

  1. Defendant's MOTION TO ENLARGE TIME TO FILE PRETRIAL MOTIONS [47] is granted. Pretrial motions shall be filed on or before June 17, 2022.

  2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between April 29, 2022, and June 17, 2022, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

  Dated this 2nd day of May, 2022.

                   BY THE COURT:

                   s/ Susan M. Bazis
                   United States Magistrate Judge