IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR25 |
| vs. | |
| DAISY FLORES, | ORDER |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Beau G. Finley to withdraw as counsel for the defendant, Daisy Flores (Filing No. 156). For good cause shown, the motion will be granted. David R. Stickman, One Central Park Plaza, 222 South 15th Street, Suite 300N, Omaha, NE 68102, (402) 221-7896, is appointed to represent the defendant for any appeal matters and shall forthwith file an appearance in this matter. Beau G. Finley's motion to withdraw (Filing No. 156) is granted.

Beau G. Finley shall forthwith provide David R. Stickman any discovery materials provided to the defendant by the government and any such other materials obtained by Beau G. Finley which are material to Daisy Flores' defense.

The clerk shall provide a copy of this order to David R. Stickman.

**IT IS SO ORDERED.**

Dated this 5th day of January, 2024.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge