IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>DAISY FLORES,<br><br>                      Defendant. | 8:22–CR–25<br><br>**ORDER** |

      Before the Court are two *pro se* Motions filed by the defendant: a Motion for a Copy of the Docket and for a Status Update, Filing 173, and a Motion to Correct Sentence, Filing 174. Both Motions were filed on October 29, 2024, one week after the Court filed an Order denying several of the defendant's previously filed Motions. Filing 172 (Order filed on October 22, 2024). Regarding the request for a copy of the docket, as another court has stated, the defendant "may contact the Clerk to ascertain the number of pages in the docket sheet and the cost for a copy." *Damato v. Murphy*, No. 8-855, 2009 WL 581562, at *1 (D. Conn. Mar. 5, 2009). Regarding the request for a status update, the Court presumes that the defendant mailed her Motions before receiving a copy of the Court's previous Order and that this request is now moot.[1] In the Court's previous order, the Court denied the defendant's Motion to Reconsider and denied without prejudice the defendant's Motion to Correct Sentence and Motion for Return of Property. Filing 172. The Motion to Correct Sentence presently before the Court, Filing 174, is in all relevant respects identical to the defendant's previous Motion to Correct Sentence, Filing 168, which the Court denied in its previous Order, Filing 172. Indeed, the only difference between the previous and present Motions to Reduce Sentence is the date, which has been crossed out and updated. *See*

---

[1] If the defendant notifies the Court that she has still not received a copy of the Order at Filing 172 denying her previous Motions, the Court will order that another copy be mailed to her.

Filing 174. This Motion is denied without prejudice for the same reasons stated in the Court's previous Order: namely, because the guideline provision identified by the defendant—"'Part D' of U.S.S.G. § 2D1.1"—does not exist, nor has there been "any revision to that guideline." Filing 172 at 1 (quoting *United States v. Brown*, No. 3:18-CR-30128, 2024 WL 3849706, at *2 (D.S.D. Aug. 16, 2024)). Accordingly,

    IT IS ORDERED:

1. The defendant's Motion for a Copy of the Docket and for a Status Update, Filing 173, is denied without prejudice;
2. The defendant's Motion to Correct Sentence, Filing 174, is denied without prejudice.

Dated this 5th day of December, 2024.

                                    BY THE COURT:

                                    Brian C. Buescher
                                    United States District Judge